# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, §§§§ Plaintiff, § vs. § ENVYSION, INC., §§ Defendant. § | Case No: 1:21-cv-00469-NYW |

## JOINT STIPULATION AND ORDER OF DISMISSAL

Plaintiff Rothschild Broadcast Distribution Systems, LLC, and Defendant Envysion, Inc., by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1. All claims asserted by the Plaintiff in this Action are dismissed with prejudice Fed. R. Civ. P. 41(a)(1)(A)(ii);

2. Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed herein;

This Stipulation and Order shall finally resolve the Action between the parties.

Dated: April 26, 2021                          Respectfully submitted,

*/s/ Jay Johnson*
**JAY JOHNSON**
State Bar No. 24067322
**D. BRADLEY KIZZIA**
State Bar No. 11547550
**KIZZIA JOHNSON, PLLC**
1910 Pacific Ave., Suite 13000
Dallas, Texas 75201
(214) 451-0164
Fax: (214) 451-0165
jay@kjpllc.com
bkizzia@kjpllc.com

**ATTORNEYS FOR PLAINTIFF**


*/s/ Carolyn Juarez*
**CAROLYN VALERIE JUAREZ**
**Neugeboren O'Dowd P.C.**
1227 Spruce Street
Suite 200
Boulder, CO 80302
303-536-4904
carolyn@nodiplaw.com

**ATTORNEYS FOR DEFENDANT**